UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

Marin Dumitrescu

                Plaintiff,                              CV-05461-(PAC) (THK)

        - against -                             **NOTICE OF APPEARANCE**

General Maritime Management, Inc. and
General Maritime Management Corporation

                Defendants.
----------------------------------------------------------X

PLEASE TAKE NOTICE, that the undersigned have been retained to represent defendants in the above action. We certify that we have been admitted to practice in this Court and are in good standing.

Dated: New York, New York
July 10, 2008

                                                 HILL, BETTS & NASH LLP

                                                 By: _____
                                                     Francis W. Turner (FT 5174)

                                                      _____
                                                       Elizabeth A. McCoy (EM 8448)
                                                       Attorneys for Defendants
                                                       One World Financial Center
                                                       200 Liberty Street, 26th Floor
                                                       New York, New York 10281-1003
                                                       (212) 839-7000
                                                       (212) 466-0514 (fax)
                                                       e-mail: Fturner@hillbetts.com
                                                                  Emccoy@hillbetts.com

To: **Florrie L. Wertheimer**
Wertheimer Associates, P.C.
225 Broadway, Suite 1201
New York, NY 10007