UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X    08 Cv. 5461  (PAC)(THK)
MARIN DUMITRESCU,

               Plaintiff,

  -Against-    NOTICE OF APPEARANCE

GENERAL MARITIME MANAGEMENT,
INC., and GENERAL MARITIME
CORPORATION,

               Defendants.
-------------------------------------------------------------X

    PLEASE TAKE NOTICE that the undersigned are appearing for the plaintiff in this action.

    We certify that we have been admitted to practice in this Court and that we are in good standing.

Dated: New York, New York
       July 10, 2008

                              WERTHEIMER ASSOCIATES, P.C.

                              By: _____
                                 Florrie L. Wertheimer (FW9073)

                                 _____
                                 Jay M. Solomon (JS4116)

                                 _____
                                 Robin M. Wertheimer (RW5065)
                                 Attorneys for Plaintiff
                                 225 Broadway, 38th Floor
                                 New York, New York 10007
                                 (212) 964-1860
                        Email: flwertheimer@hotmail.com
                                Robinwertheimer@hotmail.com