**HILL, BETTS & NASH LLP**

ONE WORLD FINANCIAL CENTER
200 LIBERTY AVENUE, 26TH FLOOR
NEW YORK, NY 10281

(212) 839-7000
FAX: (212) 466-0514
WRITER'S DIRECT PHONE:

(212) 589-7541

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 11 2008

July 10, 2008

**MEMO ENDORSED**

By E-Mail: CrottyNYSDChambers@nysd.uscourts.gov
Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
Courtroom 20-C
New York, NY 10007

    Re:    Marin Dumitrescu
           v. General Maritime Management, Inc. and
           General Maritime Management Corporation
           08 CV-05461-(PAC) (THK)
           Our File No.: 11.0018

Dear Judge Crotty:

    We represent defendants in the above case. I am writing to request a two-week extension of time to answer or otherwise respond to Plaintiff's Complaint, as my firm just received the file on this matter.

    The answer was originally due on July 15, 2008, and I am requesting an extension until July 29, 2008. No previous requests for extension have been made. Opposing counsel, Florrie L. Wertheimer, consents to this two-week adjournment.

                                        Respectfully submitted,

                                        HILL, BETTS & NASH

                                        Elizabeth A. McCoy (EMC-8448)
                                        Attorneys for Defendants

cc:    Florrie L. Wertheimer, Esq. (via e-mail flwertheimer@hotmail.com)

FLORIDA
(786) 425-9900 • FAX: (786) 425-9090

SO ORDERED: JUL 11 2008

*/s/ Paul A. Crotty*
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE