HILL, BETTS & NASH LLP
Gregory O'Neill (GON 1944)
Francis W. Turner (FT-5174)
*Attorneys for Defendants*
World Financial Center
200 Liberty Street, 26th Fl.
New York, NY 10281
(212) 839-7000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
MARIN DUMITRESCU,

              Plaintiff,

- against -

GENERAL MARITIME MANAGEMENT, INC.,
And GENERAL MARITIME CORPORATION,

            Defendants.
----------------------------------X

08 CIV 5461

**RULE 7.1 STATEMENT**

    Defendants, GENERAL MARITIME MANAGEMENT INC., and GENERAL MARITIME CORPORATION by their attorneys Hill, Betts & Nash LLP, as and for their disclosure pursuant to Rule 7.1 of The Federal Rules of Civil Procedure as follows:

1. Defendant General Maritime Management LLC, (S/H/A General Maritime Management Inc.) is a wholly owned subsidiary of defendant General Maritime Corporation, a publicly held corporation

2. There is no corporation owning 10% or more of the stock of General Maritime Corporation

Dated: New York, NY
       July 29, 2008

HILL, BETTS & NASH LLP

_____
Gregory O'Neill (GON 1944)
Francis W. Turner (FT-5174)
*Attorneys for Defendants*
World Financial Center
200 Liberty Street, 26th Fl.
New York, NY 10281
(212) 839-7000

{NY075701.1}    1