# HILL, BETTS & NASH LLP

ONE WORLD FINANCIAL CENTER
200 LIBERTY AVENUE, 26TH FLOOR
NEW YORK, NY 10281

(212) 839-7000
FAX: (212) 466-0514
WRITER'S DIRECT PHONE:

(212) 589-7541

August 12, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/08
```

*Application GRANTED. The conference is adjourned to 9/24/08 at 4:15 pm in Courtroom 20-C*

By E-Mail: CrottyNYSDChambers@nysd.uscourts.gov
Honorable Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
Courtroom 20-C
New York, NY 10007

*SO ORDERED: AUG 1 8 2008*

*HON. PAUL A. CROTTY*
*UNITED STATES DISTRICT JUDGE*

        Re:    Marin Dumitrescu
                v. General Maritime Management, Inc. and
                General Maritime Management Corporation
                08 CV-05461-(PAC) (THK)
                Our File No.: 11.0018

Dear Judge Crotty:

      We represent defendants in the above case. I write on behalf of both defendants and plaintiff to request an adjournment of the Initial Pretrial Conference in this case, currently scheduled for August 19, 2008 at 3:30 p.m.

      No previous requests for extension of the Initial Pretrial Conference have been made. Opposing counsel, Robin M. Wertheimer, joins with and consents to this adjournment request. The parties propose the following alternate dates for the conference: September 22, 23, 24 or 25.

                                      Respectfully submitted,

                                      HILL, BETTS & NASH

                                      Elizabeth A. McCoy (EMC-8448)
                                      Attorneys for Defendants

cc: Robin M. Wertheimer, Esq. (via e-mail robinwertheimer@hotmail.com)

FLORIDA
(786) 425-9900 • FAX: (786) 425-9090